JAMES J. LITTLE and Others v. ROBERT LITTLE and Others.[1]

May 31, 1901.

Nos. 12,560—(82).

**Cancellation of Deeds—Consideration.**

    In an action to set aside conveyances executed by James Little, deceased, upon the ground that the same were without consideration, evidence examined, and *held*, that the findings of the court to the effect that the deeds were valid and upon sufficient consideration were supported by the evidence.

[1] Reported in 86 N. W. 408.

Appeal by plaintiffs from an order of the district court for Blue Earth county, Cray, J., denying a motion for a new trial. Affirmed.

*Pfau & Pfau, W. H. Lehman* and *L. W. Prendergast,* for appellants.

*Plymat & Laurisch* and *W. E. Young,* for respondents.

LEWIS, J.

This is an action brought by some of the children of James Little, deceased, to set aside transfers of property made by him during his lifetime to one of his sons,—Robert Little. By stipulation of parties, the evidence adduced in a case between the same parties in contesting a will, concurrently decided herewith, was taken as the evidence in this case. The trial court found that the transfers mentioned were made for good and valuable considerations, and ordered judgment for respondent. We have examined the record, and find the conclusions of the court are amply sustained by the evidence.

Order affirmed.